United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMERON JOSEPH WIEGAND,

Plaintiff,

v.

JASMINE COLOMBO DAVIS, et al.,

Defendants.

Case No. 26-cv-09659-WHO

**ORDER DISMISSING CASE**

In my September 10, 2026, Order, I granted plaintiff Cameron Joseph Wiegrand's In Forma Pauperis request but denied his application for a Temporary Restraining Order and dismissed the complaint for (1) failure to comply with Rule 8(a) and identify any claim on which relief may be granted and (2) lack of federal jurisdiction. Dkt. No. 9. I gave him until October 9, 2026, to file an amended complaint. *Id.*

To date, Wiegand has not submitted an amended complaint or any request for an extension of time. Accordingly, I DISMISS this action for Wiegand's failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). In light of his unrepresented status, such dismissal shall be without prejudice—though any subsequent complaint seeking transfer or custody of his child will be barred for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: October 19, 2026

William H. Orrick
United States District Judge